IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01294-RM-NYW

KURT ARNTZEN,
CHRISTINE FRAPPIED,
CHRISTINE GALLEGOS,
KATHLEEN GREENE,
JOYCE HANSEN,
JUDY HUCK,
KRISTINE JOHNSON,
GEORGEAN LABUTE,
JOHN ROBERTS,
JENNIFER RYAN,
ANNETTE TRUJILLO, and
DEBBIE VIGIL,

    Plaintiffs,

v.

AFFINITY GAMING OF BLACK HAWK, LLC,

    Defendant.

## NOTICE OF DISMISSAL OF PLAINTIFF KURT ARNTZEN

COMES NOW the Plaintiff, Kurt Arntzen, by and through his undersigned counsel and, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), hereby provides this Court and all parties notice of his voluntary dismissal from this lawsuit.

Respectfully submitted this 11th day of August, 2017.

LISA R. SAHLI, ATTORNEY AT LAW, PC

*s/Lisa R. Sahli*
Lisa R. Sahli, Esq.
12006 Blacktail Mountain
Littleton, CO 80127
(720) 545-1690
Sahlilaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2017, I electronically served the foregoing **NOTICE OF DISMISSAL OF PLAINTIFF KURT ARNTZEN** via electronic mail, addressed to the following:

Josh Kirkpatrick
JKirkpatrick@littler.com

Jennifer Harpole
JHarpole@littler.com

*s/Lisa R. Sahli*