IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 17-cv-01294-RM-NYW | Date: | October 19, 2017 |
| Courtroom Deputy: | Brandy Wilkins | FTR: | NYW COURTROOM C-204* |

| Parties | Counsel |
|---|---|
| CHRISTINE FRAPPIED,<br>CHRISTINE GALLEGOS,<br>KATHLEEN GREENE,<br>JOYCE HANSEN,<br>JUDY HUCK,<br>KRISTINE JOHNSON,<br>GEORGEAN LABUTE,<br>JOHN ROBERTS,<br>JENNIFER RYAN,<br>ANNETTE TRUJILLO,<br>DEBBIE VIGIL,<br><br>    **Plaintiffs,**<br><br>v.<br><br>AFFINITY GAMING BLACK HAWK, LLC,<br><br>    **Defendant.** | *Lisa Rae Sahli*<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*Jennifer S. Harpole* |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 11:10 a.m.

Appearance of counsel. Mr. David C. Gartenberg appears on behalf of defendants with Ms. Harpole.

Discussion held regarding if caption of the case should remain <u>Arntzen et al v. Affinity Gaming, LLC et al</u>. Parties confirm that the remaining defendant should be Affinity Gaming Black Hawk, LLC. Parties indicate the caption may remain the same.

Parties discuss issues outlined in the Joint Motion to Amend Scheduling Order [42] filed October 16, 2017. Parties update the court on what discovery has been completed and what discovery remains to be done.

**ORDERED: The Joint Motion to Amend Scheduling Order [42] is GRANTED. The scheduling order is AMENDED as follows:**

> **Principal expert designations due: February 28, 2018;**
> **Rebuttal expert designations due: March 28, 2018;**
> **Rule 702 Motions due: April 30, 2018;**
> **Discovery cut-off: May 28, 2018;**
> **Dispositive motion deadline: June 28, 2018.**

The Final Pretrial Conference set for May 10, 2018, is VACATED and RESET to **August 9, 2018, at 10:00 a.m**. before Magistrate Judge Nina Y. Wang in Courtroom C-204. The parties shall electronically file their proposed pretrial order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Wang_Chambers@cod.uscourts.gov, seven days prior to the conference.

Parties are advised of the informal discovery dispute process. Before filing discovery motions, counsel are instructed to comply with D.C.COLO.LCivR 7.1(a) in an effort to resolve the issues.

Court in Recess:  11:19 a.m.          Hearing concluded.          Total time in Court:  00:09

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.