## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01294-RM-NYW

CHRISTINE FRAPPIED, et al.

      Plaintiffs,

v.

AFFINITY GAMING OF BLACK HAWK, LLC,

      Defendant.

### NOTICE OF DISMISSAL OF PLAINTIFF JUDY HUCK

COMES NOW the Plaintiff, Judy Huck, by and through her undersigned counsel and, pursuant to FED. R. CIV. P. 41(a)(1)(A), hereby provides this Court and all parties notice of her voluntary dismissal from this lawsuit.

Respectfully submitted this 13th day of February 2018.

                                      LISA R. SAHLI, ATTORNEY AT LAW, LLC

                                      *s/ Lisa R. Sahli*
                                      Lisa R. Sahli, Esq.
                                      12006 Blacktail Mountain
                                      Littleton, CO 80127
                                      (720) 545-1690
                                      Sahlilaw@gmail.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2018, I electronically served the foregoing **NOTICE OF DISMISSAL OF PLAINTIFF JUDY HUCK** via electronic mail, addressed to the following:

Josh Kirkpatrick
JKirkpatrick@littler.com

Jennifer Harpole
JHarpole@littler.com

David Gartenberg
DGartenberg@littler.com

*s/Lisa R. Sahli*